# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA

Van R. Freeman, Jr.  
Chief U.S. Probation Officer



310 New Bern Avenue, Room 610  
Raleigh, NC 27601-1441  
Phone: 919-861-8686  
Fax: 919-861-5555

**DATE:** August 8, 2024

**FROM:** Timothy L. Gupton  
Senior U.S. Probation Officer

**SUBJECT:** EDMOND, Sharon Annita  
Case No.: 5:19-CR-346-5BO  
<u>**Request for Early Termination**</u>

**TO:** Terrence W. Boyle  
United States District Judge

On October 20, 2021, Sharon Annita Edmond, was convicted of Wire Fraud and Aiding and Abetting. Ms. Edmond appeared in the United States District Court for the Eastern District of North Carolina and received 12 months imprisonment, followed by 3 years of supervised release. She began supervision on January 10, 2023.

Ms. Edmond has performed satisfactorily on supervision. She has submitted to DNA testing, and she has had no new criminal charges. Her case was evaluated as a low-risk supervision case, and she has been on our low-risk supervision program since June 15, 2023. All drug screens have been negative. Ms. Edmond is also gainfully employed. She has a restitution balance of $9,196.07; however, it is noted that an Agreed Order for Payment ($100 per month) was filed with the court on July 26, 2024. Her term of supervision is set to expire on January 9, 2026.

The probation office is requesting early termination. The U.S. Attorney's Office disagrees with our recommendation for early termination noting, "Defendant's continuing supervision by federal probation, even minimal supervision, remains a powerful incentive for the defendant to remain compliant with his obligations to victims concerning restitution". Please indicate the court's preference by marking the appropriate selection below.

☑ I agree with the recommendation and have signed the enclosed Order.  
☐ I disagree with the recommendation. I will reconsider in one year.  
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_____  
Terrence W. Boyle  
United States District Judge

9-9-24  
Date

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.                                                  Crim. No. 5:19-CR-346-5BO

**SHARON ANNITA EDMOND**

On January 10, 2023, the above named was released from prison and commenced a term of supervised release for a period of 36 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

                                     I declare under penalty of perjury that the foregoing is true and correct.

                                     /s/Timothy L. Gupton  
                                     Timothy L. Gupton  
                                     Senior U.S. Probation Officer  
                                     310 New Bern Avenue, Room 610  
                                     Raleigh, NC 27601-1441  
                                     Phone: 919-861-8686  
                                     Executed On: August 8, 2024

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _9_ day of _August_, 2024.

                                     _Terrence Boyle_  
                                     Terrence W. Boyle  
                                     United States District Judge